UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN MAYBERG, Director of California Department of Mental Health,<br><br>    Respondent. | NO. EDCV 07-879-FMC(CT)<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. This court concurs with the magistrate judge's report and recommendation.

Petitioner is currently in custody of the California Department of Mental Health at Coalinga State Hospital pursuant to a civil commitment under Cal. Welf. & Inst. Code § 6600, et seq.[4] (Pet. at 1, Ans. at 2 n.2). In his answer, counsel for respondent mentions in a footnote that Rocky Spurgeon, the Executive Director

---

[4]Petitioner named Stephen Mayberg as the respondent in this case and the report and recommendation erroneously lists Mr. Mayberg as "Warden" on the caption, but he is actually the Director of the California Department of Mental Health.

of Coalinga State Hospital, should be substituted as respondent. (Ans. at 1 n.1). Counsel also answered the petition on the merits. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994); Rules in Section 2254 Cases, Rule 2(a). Petitioner is currently in the custody of the Department of Mental Health. See Cal. Welf. & Inst. Code § 6604 (commitment is to "the custody of the State Department of Mental Health"); see also Cal Welf. & Inst. Code §§ 4100, 4109 (Department has general control over state hospitals). As the chief officer in charge of the Department of Mental Health, see Cal Welf. & Inst. Code § 4004, Stephen Mayberg is an appropriate respondent. See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996)(chief officer in charge of state penal institutions is appropriate respondent); see also Rose v. Mayberg, 454 F.3d 958 (9th Cir. 2006)(addressing the merits of a habeas petition challenging civil commitment where Mr. Mayberg was respondent). Even assuming Messrs. Spurgeon and Mayberg both have custody over petitioner, the petition should be denied.

Accordingly, IT IS ORDERED:

1. The request for an evidentiary hearing is denied.
2. The report and recommendation is accepted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: Jan. 3, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

2