Priority ____
Send ✓
Enter ✓
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT

JAN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROBINSON,<br><br>        Petitioner,<br><br>    v.<br><br>STEPHEN W. MAYBERG, Director of California Department of Mental Health,<br><br>        Respondent. | NO. EDCV 07-879-FMC(CT)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: Jan. 3, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE